IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JULIA E. WRIGHT,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Civil Action No. 05-cv-01179 |
| **WILLIAM N. HERMAN, et al.** | ) Judge Ricardo M. Urbina |
| **Defendants.** | ) |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, Roger C. Simmons, of the law firm of Gordon & Simmons, LLC, 603-B West Patrick Street, Frederick Maryland, 21701, (301) 662-9122, D.C. Bar No. 12195, gives notice that he is entering his appearance in the above-captioned action on behalf of the defendants William N. Herman, Eric T. May and Urban Realty Advisors, LLC.

                                          Respectfully submitted,

                                          /s/ Roger C. Simmons
                                          Roger C. Simmons (D.C. Bar No. 12195)
                                          Gordon & Simmons, LLC
                                          603-B West Patrick Street
                                          Frederick, Maryland  21701
                                          (301) 662-9122
                                          Attorney for Defendants

July 5, 2005

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 5, 2005, the requirement of a certificate of service was satisfied by the automatic notice of filing sent by the CM/ECF software to the opposing counsel of record identified below.

Stephen H. Marcus, Esq.
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20036

Counsel for Plaintiffs

                                              /s/ Roger C. Simmons
                                              Roger C. Simmons