**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JULIA E. WRIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-cv-01179 |
| **WILLIAM M. HERMAN, et al.** ) | Judge Ricardo M. Urbina |
| ) | |
| **Defendants.** ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants William N. Herman, Eric T. May and Urban Realty Advisors, LLC ("Defendants"), by their undersigned counsel, hereby move this Court for an Order extending the time for the Defendants to serve their answers or otherwise to respond to the complaint in the above-captioned action until Friday, July 8, 2005.

1. By telephone conversation of July 5, 2005, Stephen H. Marcus, attorney for the Plaintiff in the above-captioned action consented to the specific extension sought by the instant motion.

2. Rule 6(b) of the Federal Rules of Civil Procedure provides that when "an act is required or allowed to be done at or within a specified time," the court may "order the period enlarged if request therefor is made before the expiration of the period originally prescribed."

3. Pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendants' responses to the complaint are currently due on July 5, 2005. The brief extension sought should not impede or otherwise impact on the progress of this case.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that the Court enter an order extending the time for the Defendants to serve their answers or otherwise to respond to the complaint in the above-captioned action until Friday, July 8, 2005.

Respectfully submitted,

/s/ Roger C. Simmons
Roger C. Simmons (D.C. Bar No. 12195)
Adam H. Oppenheim (D.C. Bar No. 462581)
Gordon & Simmons, LLC
603-B West Patrick Street
Frederick, Maryland  21701
(301) 662-9122
Attorney for Defendants

July 5, 2005

ConsentMotExtend070505.pld.wpd

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 5, 2005, the requirement of a certificate of service was satisfied by the automatic notice of filing sent by the CM/ECF software to the opposing counsel of record identified below.

Stephen H. Marcus, Esq.
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20036

Counsel for Plaintiff

            /s/ Roger C. Simmons
            Roger C. Simmons

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JULIA E. WRIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:05 cv 01179 |
| **WILLIAM M. HERMAN, et al.** ) | Judge Ricardo M. Urbina |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of the Consent Motion for Extension of Time for Defendants To Answer or Otherwise Respond to the Complaint, it is this _____ day of July, 2005, hereby

ORDERED that the motion be granted; and it is further

ORDERED that the Defendants' time to serve their respective responses to the complaint in the above-captioned action is extended until Friday, July 5, 2005.

_____

United States District Judge