# EXHIBIT B

to

**DEFENDANTS' MOTION TO DISMISS, AND FOR SUCH OTHER AND FURTHER RELIEF WARRANTED BY PLAINTIFF'S FILING OF MULTIPLE ACTIONS INVOLVING THE SAME SUBJECT MATTER AT THE SAME TIME IN THE SAME COURT AND AGAINST THE SAME DEFENDANTS**

Case 1:05-cv-01179-RMU     Document 5-3     Filed 07/08/2005     Page 1 of 4

**CONCORD REALTY ADVISORS, LLC**

MD State Bar Association, Inc.                                    7/1/2004                1033
                                                                                          125.00



Operating Account    J. Wright Dues, 2004/2005                                            125.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

---

**Maryland State Bar Association, Inc.**
P.O. BOX 64747
BALTIMORE, MARYLAND 21264-4747
(410) 685-7878    (800) 492-1964

**STATEMENT / INVOICE**

PAYMENT DUE UPON RECEIPT
SECTION CHANGES? PLEASE INDICATE ON REVERSE
A $5.00 LATE PAYMENT WILL BE ASSESSED FOR SUBSEQUENT BILLING FOR MSBA DUES.
SUPPORT THE MSBA SECTIONS LISTED ON THE REVERSE SIDE.

LAW FIRM:

MAIL TO:
2851 CHESTERFIELD PL NW
WASHINGTON, DC 20008-1015
#BWNFMHM*****AUTO**5-DIGIT 20008
#4200704742#                T 9 P 31

BILL TO:
JULIA ELIZABETH WRIGHT
2851 CHESTERFIELD PL NW
WASHINGTON, DC 20008-1015

| ACCOUNT NUMBER | |
|---|---|
| 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 | |
| OFFICE PHONE | OFFICE FAX |
| (301) 320-9044 | |
| HOME PHONE | FISCAL YEAR |
| | 2004 - 2005 |
| E-MAIL ADDRESS | |
| SIZE OF FIRM | PRACTICE SETTING |
| | |
| ASSOCIATE SPONSOR | |
| DUE DATE: 07/01/2004 | PAGE 1 |

PRACTICE AREAS

| DATE | DESCRIPTION | CHARGE | CREDIT | BALANCE |
|---|---|---|---|---|
| 07/01/2004 | MSBA DUES FISCAL YEAR 2004 - 2005 | 125.00 | 0.00 | 125.00 |

*[signature]*

Valued MSBA Member - Thank you for your continued
support of your professional organization. For
billing questions call Membership.  1st Notice.

| AMOUNT DUE | $ | 125.00 |
|---|---|---|

For federal tax purposes, MSBA dues may be claimed as a business (not a charitable) expense; however, due to restrictions placed by Congress on certain
2004 - 2005 lobbying costs, 8% of your dues are not deductible. Charitable contributions to the Maryland Bar Foundation are fully deductible.



### Results for julia wright

Return to the **search form** to execute another search.

1 record matches the criteria you entered.

1. **Julia E Wright**
   10711 Lockland Road
   Potomac MD 20854

   Email: **wright_schanner@msn.com**
   Phone: 301-765-8035
   Fax: 301-765-8036
   Membership Status: Suspended
   Reason for suspension: Non-payment of dues.
   Disciplinary history: None
   Date of admission: December 1, 1997




The District of Columbia Bar | 1250 H Street NW, sixth floor | Washington DC 20005-5937 | 202-737-4700 | **Directions/Parking**
**©COPYRIGHT** 2005 DISTRICT OF COLUMBIA BAR. ALL RIGHTS RESERVED. **Privacy Policy** | **Disclaimer**

 **Client Protection Fund List ing of Maryland Attorneys**

**Last Name starts with : WRIGHT**  **First Name contains : JULIA**  Mon Jun 20 14:01:18 EDT 2005

| NAME | ADDRESS | CITY | STZIP | PHONE | ADMIT |
|---|---|---|---|---|---|
| WRIGHT,JULIA ELIZABETH | 5190 LINNEAN TERR | WASHINGTON | DC 20008 | 202-271-1672 | 12-19-96 |

Return to Client Protection Fund Search page

[ Home | Site Index | Opinions | Search | Jobs | FAQs ]