# EXHIBIT C

to

**DEFENDANTS' MOTION TO DISMISS, AND FOR SUCH OTHER AND FURTHER RELIEF WARRANTED BY PLAINTIFF'S FILING OF MULTIPLE ACTIONS INVOLVING THE SAME SUBJECT MATTER AT THE SAME TIME IN THE SAME COURT AND AGAINST THE SAME DEFENDANTS**



**Corporate Card**
**Statement of Account**

Sign up For Online Statements
www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JULIA WRIGHT<br>CRA URBAN LLC | 3794-932679-22003 | 11/29/04 | Page 1 of 4 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 694.74 | 11,815.55 | 0.00 | 694.74 | 1,187.58 | 10,627.97 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

**Activity**  Date reflects either transaction or posting date

### Card Number 3794-932679-22003

| Date | Description | Reference Code | Amount $ |
|---|---|---|---|
| 11/21/04 | PAYMENT RECEIVED - THANK YOU    11/21 | 04002000000 | -694.74 |
| 10/30/04 | AMERICAN AIRLINES    CHEVY CHASE    MD<br>TKT# 0011218514706            10/28<br>PASSENGER TICKET<br>HAYS/B<br>WORLDTRAVELSERVICE    AMERICAN AIRLINES<br>                                      CHEVY CHASE    MD<br>FROM<br>  DULLES ARPT DC<br>TO                    CARRIER CLASS<br>  SAN JUAN PUERTO RIC  AA    QX<br>TO<br>  ST MARTIN ANTILLES   AA    QX<br>TO<br>  SAN JUAN PUERTO RIC  AA    N7<br>TO<br>  DULLES ARPT DC       AA    N7 | 06910440000 | 567.50 |
| 10/30/04 | UNITED AIRLINES      CHEVY CHASE    MD<br>TKT# 0161218514707            10/28<br>PASSENGER TICKET<br>HAYS/B<br>WORLDTRAVELSERVICE    UNITED AIRLINES<br>                                      CHEVY CHASE    MD<br>FROM<br>  ST MARTIN ANTILLES<br>TO                    CARRIER CLASS<br>  ST BARTHELEMY LEEWR  WM    YH<br>TO<br>  ST MARTIN ANTILLES   WM    YH | 06910440000 | 207.07 |

*Continued on Page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number
3794-932679-22003

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.



JULIA WRIGHT
CRA URBAN LLC
1640 RHD ISL AV NW825
WASHINGTON            DC    20036

Total Amount Due
$10,627.97

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000379493267922003 00106279700118155S 29dd

Prepared For
JULIA WRIGHT
CRA URBAN LLC

Account Number
3794-932679-22003

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill**.
**AUTHORIZATION FOR ELECTRONIC PAYMENTS:** By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill**.
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. **immediately telephone** 1-800-528-2122. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account). For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.
**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:**
Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
Note: Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www.americanexpress.com/checkyourbill



To Pay by Phone
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
**24 hours/7 days**

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impaired Services:
TTY: 1-800-221-9950
FAX: 1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977



**Correspondence**

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL
33329-7812

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

**Payments**
PO BOX 360001
FT LAUDERDALE
FL
33336-0001



Change of Address
If correct on front
do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

Providing your email address to American Express will enable you to receive special offers, suited to your needs.

Case 1:05-cv-01179-RMU   Document 5-4   Filed 07/08/2005   Page 4 of 5

| Prepared For | Account Number | Closing Date | Page 3 of 4 |
|---|---|---|---|
| JULIA WRIGHT<br>CRA URBAN LLC | 3794-932679-22003 | 11/29/04 | |

AMERICAN EXPRESS

## Activity Continued

| Date | Description | Reference Code | Amount $ |
|---|---|---|---|
| 10/30/04 | UNITED AIRLINES       CHEVY CHASE    MD<br>TKT# 0161218514708              10/28<br>PASSENGER TICKET<br>WRIGHT/J              UNITED AIRLINES<br>WORLDTRAVELSERVICE    CHEVY CHASE    MD<br>FROM<br>  ST MARTIN ANTILLES<br>TO                    CARRIER CLASS<br>  ST BARTHELEMY LEEWR  WM    YH<br>TO<br>  ST MARTIN ANTILLES   WM    YH | 06910440000 | 207.07 |
| 10/30/04 | TRAVEL AGENCY SERVICECHEVY CHASE   MD<br>TKT# 8909523278131              10/28<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>HAYS/B                TRAVEL AGENCY SERVICE F<br>WORLDTRAVELSERVICE    CHEVY CHASE    MD<br>FROM<br>  NOT RECORDED<br>TO                    CARRIER CLASS<br>  NOT RECORDED | 06590440000 | 49.00 |
| 11/03/04 | CARUSO FLORIST       WASHINGTON,DC    DC<br>000000043 FLOWERS/PLANTS/GIFTS    11/02/04<br>    FLOWERS/PLANTS/GIFTS<br>    ROC NUMBER    00000043 | 00000000043 | 26.44  CORPORATE |
| 11/09/04 | ASURION INSURANCE SE866-667-2535     TN<br>VDME08916 MERRIMAC PHONE INS DEDU 11/08/04<br>    MERRIMAC PHONE INS DEDU<br>    ROC NUMBER 0000000131 | | 50.00 |
| 11/09/04 | CORNER BAKERY #86    BETHESDA         MD<br>57515184 FOOD                      11/08/04<br>    FOOD                      $22.54<br>    TIP | 00057515184 | 22.54  CORPORATE |
| 11/16/04 | SAKS FIFTH AVE -674 CHEVY MENS       DC<br>748086732 FALL LEATHER (RTW)       11/15/04<br>    FALL LEATHER (RTW)<br>    HUGO BOSS BLACK<br>    PRE-FALL TROUSE<br>    PRE-FALL KNITS<br>    FALL TROUSERS (<br>    ROC NUMBER 6748086732 | 00748086732 | 1,668.74 |
| 11/16/04 | SAKS FIFTH AVE -674 CHEVY MENS       DC<br>748086733 SPRING SWEATERS          11/15/04<br>    SPRING SWEATERS<br>    ROC NUMBER 6748086733 | 00748086733 | 343.69 |
| 11/17/04 | SAKS FIFTH AVE -674 CHEVY MENS       DC<br>748086739 FALL LEATHER (RTW)       11/16/04<br>    FALL LEATHER (RTW)<br>    FALL KNITS (RTW<br>    ROC NUMBER 6748086739 | 00748086739 | -896.77<br>Credit |
| 11/19/04 | SAKS FIFTH AVE -674 CHEVY MENS       DC<br>748086769 CASUAL HOSIERY           11/18/04<br>    CASUAL HOSIERY<br>    JOHN VARVATOS S<br>    MEN'S CONTEMP D<br>    PRIVATE LABEL S<br>    SPRING TROUSERS<br>    ROC NUMBER 6748086769 | 00748086769 | 1,005.59 |
| 11/19/04 | SAKS FIFTH AVE -674 CHEVY MENS       DC<br>748086772 CASUAL HOSIERY           11/18/04<br>    CASUAL HOSIERY<br>    CALVIN KLEIN HO<br>    HOLIDAY WOVENS<br>    MEN'S CONTEMP D<br>    ROC NUMBER 6748086772 | 00748086772 | 774.10 |
| 11/19/04 | SAKS FIFTH AVE -674 CHEVY MENS       DC<br>748086773 HOLIDAY WOVENS           11/18/04<br>    HOLIDAY WOVENS<br>    ROC NUMBER 6748086773 | 00748086773 | -290.81<br>Credit |

Continued on reverse

Prepared For
JULIA WRIGHT
CRA URBAN LLC

Account Number
3794-932679-22003

Page 4 of 4

## Activity Continued

| Date | Description | Location | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 11/21/04 | BARNEYS NEW YORK 0455-7979 SALES SALES | 660 MADISON | NY 11/20/04 | | 6,756.00 |
| 11/21/04 | BARNEYS NEW YORK 0455-7980 SALES SALES | 660 MADISON | NY 11/20/04 | | 100.00 |
| 11/24/04 | CARUSO FLORIST 000000066 FLOWERS/PLANTS/GIFTS FLOWERS/PLANTS/GIFTS ROC NUMBER 00000066 | WASHINGTON, DC | DC 11/23/04 | 0000000066 | 37.81 *CORPORATE* |

**Total for JULIA WRIGHT**     New Charges/Other Debits     11,815.55
                               Payments/Other Credits       -1,882.32