# EXHIBIT E

to

**DEFENDANTS' MOTION TO DISMISS, AND FOR SUCH OTHER AND FURTHER RELIEF WARRANTED BY PLAINTIFF'S FILING OF MULTIPLE ACTIONS INVOLVING THE SAME SUBJECT MATTER AT THE SAME TIME IN THE SAME COURT AND AGAINST THE SAME DEFENDANTS**

LAW OFFICES OF

## GORDON & SIMMONS, LLC

Roger C. Simmons+  
Victor E. Cretella, III

Shawn P. Cavenee  
Adam H. Oppenheim+  
Brian M. Maul*

+ADMITTED ALSO IN DC  
*ADMITTED ALSO IN NEW YORK

603-B West Patrick Street  
P.O. Box 430  
Frederick, Maryland 21705-0430

E-MAIL  
Officemail@GordonSimmons.com

WEBSITE  
www.gordonsimmons.com

Ralph Gordon  
(1946 - 1999)

TELEPHONE  
301-662-9122

TELECOPY  
301-698-0392

June 24, 2005

**VIA FACSIMILE ONLY**

Stephen H. Marcus, Esq.  
1050 17th Street, N.W.  
Suite 600  
Washington, D.C. 20036

    Re:    *Julia E. Wright v. William N. Herman, et al.*, No. 1:05CV01179  
           U.S. District Court for the District of Columbia

Dear Mr. Marcus:

    We are in receipt of a subpoena *duces tecum* bearing your signature, dated June 17, 2005, that you purported to have served on counsel for HUI, LLC, in connection with the above-identified civil action filed on June 13, 2005. As a matter of professional courtesy, we are writing to you, prior to seeking Court assistance, to request that you immediately and voluntarily withdraw the foregoing subpoena.

    In the spirit of the Standing Order for Civil Cases that controls the above-referenced civil action, and particularly the Court's directive therein for "all counsel to familiarize themselves with the Federal Rules of Civil Procedure (particularly Federal Rules of Civil Procedure 16 and 26)," we note that except in quite limited circumstances (not remotely present here), that:

> [A] party **may not** seek discovery from **any** source before the parties have conferred as required by Rule 26(f).

Fed. R. Civ. P. 26(d) (emphasis added). Your signing, issuing and serving a subpoena *duces tecum*, **four days** after filing your latest complaint and weeks before any defendant would be required to respond constitutes a clearly improper attempt to circumvent Rules 26(d) and (g) of the Federal Rules of Civil Procedure. It is also abusive and harassing.

Stephen H. Marcus, Esq.
June 24, 2005
Page 2

   Consequently, before you require us to spend any further time or incur additional expense, please promptly withdraw the subpoena before the close of business today, Friday, June 24, 2005.

           Very truly yours,

           Adam H. Oppenheim
           Gordon & Simmons, LLC

cc: Peter J. Loughlin, Esq.
   Steven Snider, Esq.

Z:\CRA Urban\marcus062305.ltr.wpd