**EXHIBIT F**

to

**DEFENDANTS' MOTION TO DISMISS, AND FOR SUCH OTHER AND FURTHER RELIEF WARRANTED BY PLAINTIFF'S FILING OF MULTIPLE ACTIONS INVOLVING THE SAME SUBJECT MATTER AT THE SAME TIME IN THE SAME COURT AND AGAINST THE SAME DEFENDANTS**

# STEPHEN H. MARCUS

Attorney at Law
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20036

E-mail: shmarcus@att.net     Tel: (202) 776-0651     Fax: (202) 331-7272

## FACSIMILE TRANSMITTAL SHEET

TO:     Adam H. Oppenheim, Esq.

FROM:     Stephen H. Marcus

DATE:     June 24, 2005

FAX NO:     301-698-0392

PAGES:     2 (including transmittal sheet)

---

     Attached is my letter to Peter Loughlin confirming that we have withdrawn the HUI subpoena we served last week.

     I appreciate your courtesy in referring me to Fed. R. Civ. 26(d) before seeking relief with the Court.

# STEPHEN H. MARCUS

Attorney at Law
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20036

E-mail: shmarcus@att.net     Tel: (202) 776-0651     Fax: (202) 331-7272

June 24, 2005

**BY FACSIMILE**

Peter J. Loughlin, Esq.
Hunton & Williams
1900 K Street, N.W.
Washington, D.C. 20006

Re: **Wright v. Herman et al.**

Dear Mr. Loughlin:

Further to our telephone conversation this morning, this will confirm that Plaintiff Julia Wright agrees to withdraw the HUI subpoena that we served last week.

I will contact you after the parties conduct their Rule 26(f) conference.

In the meantime, please let me know if you have any questions.

Sincerely,

Stephen H. Marcus

Cc: Adam H. Oppenheim, Esq.
    Julia E. Wright