IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JULIA E. WRIGHT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM N. HERMAN, )<br>ERIC T. MAY and URBAN )<br>REALTY ADVISORS, LLC )<br>)<br>Defendants. )<br>) | Civil Action No. 05-01179<br>The Honorable Ricardo M. Urbina |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO
OPPOSE DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Plaintiff, Julia E. Wright ("Plaintiff"), by her undersigned counsel, hereby moves this Court for an Order extending the time for Plaintiff to serve and file her opposition to Defendants' Motion To Dismiss, And For Such Other And Further Relief, dated July 8, 2005 ("Defendants' Motion") to August 1, 2005.

1.      By telephone conversation on July 15, 2005, Adam H. Oppenheim, attorney for Defendants in the above-captioned action consented to Plaintiff's request to extend the time to serve and file her opposition to August 1, 2005.

2.      Plaintiff requires an extension of time in order to respond to Defendants' Motion. This Court has discretion to grant the requested extension of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for "cause shown" when the request "is made before the expiration of the period originally prescribed."

3.      Pursuant to Local Civ. Rule 7(b) and Federal Rule of Civil Procedure 6(e), Plaintiff's opposition is currently due on July 22, 2005. The Court has not, as yet, set a

schedule for this case as it was only filed on June 13, 2005. Accordingly, the requested extension will not affect any deadlines or otherwise impede the progress of this case.

    For the reasons set forth above, Plaintiff respectfully requests that the deadline for serving and filing her opposition to Defendants' Motion be extended to August 1, 2005. A proposed Order is attached hereto.

    Respectfully submitted,

_____/s/_____
Stephen H. Marcus, Esq.
D.C. Bar No. 394419
Law Office of Stephen H. Marcus
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20036

Ph:    202-776-0651
Fax:    202-331-7272
E-mail: shmarcus@att.net

Counsel for Plaintiff

July 19, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JULIA E. WRIGHT** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01179 |
| | ) | The Honorable Ricardo M. Urbina |
| **WILLIAM N. HERMAN,** | ) | |
| **ERIC T. MAY and URBAN** | ) | |
| **REALTY ADVISORS, LLC** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Consent Motion For An Extension Of Time To Oppose Defendants' Motion To Dismiss The Complaint, it is this __ day of July, 2005, hereby

**ORDERED** that the aforesaid motion is hereby **GRANTED**.

**SO ORDERED.**

_____
RICARDO M. URBINA
United States District Judge

## CERTIFICATE OF SERVICE

       I hereby certify that on July 19, 2005, I served the following counsel with the foregoing Consent Motion For An Extension of Time by filing it on the U.S. District Court for the District of Columbia's Electronic Case Filing System:

       Roger C. Simmons, Esq.
       Adam H. Oppenheim, Esq.
       Gordon & Simmons
       603-B West Patrick Street
       Frederick, MD  21701

                                    _____/s/_____
                                    Stephen H. Marcus