## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA E. WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-cv-01179 |
| WILLIAM M. HERMAN, et al. ) | Judge Ricardo M. Urbina |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS TO FILE THEIR REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants William N. Herman, Eric T. May and Urban Realty Advisors, LLC ("Defendants"), by their undersigned counsel, hereby move this Court for an Order extending the time for the Defendants to file and serve their reply in support of their Motion to Dismiss in the above-captioned action until Thursday, August 18, 2005.

1. By telephone conversation of August 5, 2005, Stephen H. Marcus, attorney for the Plaintiff in the above-captioned action consented to the specific extension sought by the instant motion.

2. Rule 6(b) of the Federal Rules of Civil Procedure provides that when "an act is required or allowed to be done at or within a specified time," the court may "order the period enlarged if request therefor is made before the expiration of the period originally prescribed."

3. Pursuant to Local Civ. R. 7(d), Defendants' reply in support of their Motion to Dismiss is currently due on August 11, 2005. The brief extension sought should not impede or otherwise impact on the progress of this case.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that the

Court enter an order extending the time for the Defendants to serve their answers or otherwise to respond to the complaint in the above-captioned action until Thursday, August 18, 2005.

                                          Respectfully submitted,

                                          /s/ Roger C. Simmons
                                          Roger C. Simmons (D.C. Bar No. 12195)
                                          Adam H. Oppenheim (D.C. Bar No. 462581)
                                          Gordon & Simmons, LLC
                                          603-B West Patrick Street
                                          Frederick, Maryland 21701
                                          (301) 662-9122
                                          Attorney for Defendants

August 5, 2005

ConsentMotExtend080505.pld.wpd

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 5, 2005, the requirement of a certificate of service was satisfied by the automatic notice of filing sent by the CM/ECF software to the opposing counsel of record identified below.

Stephen H. Marcus, Esq.
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20036

Counsel for Plaintiff

                                              /s/ Roger C. Simmons
                                              Roger C. Simmons

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JULIA E. WRIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Civil Action No. 1:05 cv 01179** |
| **WILLIAM M. HERMAN, et al.** ) | **Judge Ricardo M. Urbina** |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of the Consent Motion for Extension of Time for Defendants to File Their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint, it is this _____ day of August, 2005, hereby

ORDERED that the motion be granted; and it is further

ORDERED that the Defendants' time to file and serve their reply in support of their Motion to Dismiss in the above-captioned action is extended until Thursday, August 18, 2005.

_____

United States District Judge