IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA E. WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.  05-cv-01179 |
| WILLIAM M. HERMAN, et al. ) | Judge Ricardo M. Urbina |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, Adam H. Oppenheim, of the law firm of Gordon & Simmons, LLC, 603-B West Patrick Street, Frederick Maryland, 21701, (301) 662-9122, Bar No. 462481, gives notice that he is entering his appearance in the above-captioned action on behalf of the defendants William N. Herman, Eric T. May and Urban Realty Associates, LLC.

                          Respectfully submitted,

                          /s/ Adam H. Oppenheim
                          Adam H. Oppenheim (Bar No. 462481)
                          Gordon & Simmons, LLC
                          603-B West Patrick Street
                          Frederick, Maryland   21701
                          (301) 662-9122
                          Attorney for Defendants

September 28, 2005

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 28, 2005, the requirement of a certificate of service was satisfied by the automatic notice of filing sent by the CM/ECF software to the opposing counsel of record identified below.

Stephen H. Marcus, Esq.
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20036

Counsel for Plaintiffs

                                      /s/ Adam H. Oppenheim
                                      Adam H. Oppenheim

Z:\CRA Urban\Pleadings 05-cv-01179\EntryAppearanceAHO.pld.wpd