IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JULIA E. WRIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   Civil Action No.  1:05 cv 01179 |
| **WILLIAM N. HERMAN, et al.** | )   Judge Ricardo M. Urbina |
| | ) |
| **Defendants.** | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, the parties[1], by their undersigned counsel, jointly dismiss, <u>with</u> prejudice, all of their claims and counterclaims in the above-captioned civil action, each of the parties to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Adam H. Oppenheim | /s/ Stephen H. Marcus |
| Roger C. Simmons (Bar No. 12195) | Stephen H. Marcus (Bar No. 394419) |
| Adam H. Oppenheim (Bar No. 462481) | 1050 17th Street, N.W., |
| Gordon & Simmons, LLC | Suite 600 |
| 603-B West Patrick Street | Washington, D.C.  20036 |
| Frederick, Maryland  21701 | (202) 776-0651 |
| (301) 662-9122 | |
| Attorneys for Defendants | Attorney for Plaintiff |

November 17, 2005

---

[1] Plaintiff Julia E. Wright and defendants William N. Herman, Eric T. May and Urban Realty Advisors, LLC.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 17, 2005, the requirement of a certificate of service was satisfied by the automatic notice of filing sent by the CM/ECF software to the opposing counsel of record identified below.

Stephen H. Marcus, Esq.
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20036

Counsel for Plaintiff


/s/ Adam H. Oppenheim



Z:\CRA Urban\Pleadings 05-cv-01179\NoticeDismissal05cv01179.doc